**IT IS ORDERED as set forth below:**

**Date: August 19, 2020**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-57460-SMS |
| | ) | |
| NARIA MUSGROVE HINES, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CABANA SERIES IV TRUST, | ) | CONTESTED MATTER |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NARIA MUSGROVE HINES, and MARY IDA TOWNSON, Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

**CONSENT ORDER GRANTING MOTION FOR RELIEF FROM STAY**

U.S. Bank Trust National Association, as Trustee of the Cabana Series IV Trust, c/o BSI Financial Services, Inc., its servicing agent ("Movant"), filed a Motion for Relief

from Stay on July 28, 2020 (Doc. No. 39) ("Motion"), and the hearing on the Motion was scheduled for August 18, 2020 at 10:15 a.m. Movant and Debtor have consented to the terms herein, there is not any opposition from the Chapter 13 Trustee, and good cause has been shown. Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1.

The Motion is hereby granted.

2.

The stay set forth in FBR 4001(a)(3) is hereby waived, and the automatic stay is hereby terminated as to Movant so that it may pursue and enforce under non-bankruptcy law any and all rights it has in and to that certain real property, as more particularly described in the loan documents attached to the Motion and incorporated herein by reference, commonly known as 1727 Vauxhall Drive, Lithonia, GA 30058 ("Real Property"), including, but not limited to, advertising and conducting a foreclosure sale, seeking confirmation thereof in order to pursue any deficiency, and seeking possession of the Real Property. However, Movant and/or its successors and assigns may offer, provide, and enter into a potential forbearance agreement, loan modification, refinance agreement, short sale, deed in lieu of foreclosure, or any other type of loan workout/loss mitigation agreement. Movant may contact Debtor via telephone or written correspondence to offer any such agreement.

3.

The Chapter 13 Trustee shall cease funding Movant's pre-petition claim. Upon completion of any foreclosure sale by Movant during the pendency of this case, all proceeds exceeding Movant's lawful debt that would otherwise be payable to Debtor shall be promptly remitted to the Chapter 13 Trustee. Movant is granted leave to seek

allowance of a deficiency claim, if appropriate, but Debtor and the Chapter 13 Trustee shall be entitled to object to said deficiency claim.

[END OF DOCUMENT]

PREPARED BY:
Attorney for Movant

_____/s/_____
Marc E. Ripps
Georgia Bar No. 606515

P.O. Box 923533
Norcross, Georgia 30010-3533
(770) 448-5377
Email: meratl@aol.com


CONSENTED TO:
Attorney for Debtor

_____/s/_____
Alaina C. Joseph          (By Marc E. Ripps, Esq. with express permission)
Georgia Bar No. 940583

King & King Law LLC
215 Pryor Street, S.W.
Atlanta, GA 30303
(404) 524-6400
Email: Alaina.Joseph@kingkingllc.com


NO OPPOSITION:
Chapter 13 Trustee

_____/s/_____
Albert C. Guthrie          (By Marc E. Ripps, Esq. with express permission)
Georgia Bar No. 142399
Attorney for the Chapter 13 Trustee

285 Peachtree Center Ave.
Suite 1600
Atlanta, GA 30303
(404) 525-1110
Email: AlbertG@atlch13tt.com

## DISTRIBUTION LIST ON CONSENT ORDER

Pursuant to LR 9013-3(c) NDGa., the Consent Order shall be served upon the following parties in interest:

Marc E. Ripps, Esq.
P.O. Box 923533
Norcross, GA 30010-3533

Mary Ida Townson, Esq.
Chapter 13 Trustee
285 Peachtree Center Ave.
Suite 1600
Atlanta, GA 30303

Alaina C. Joseph, Esq.
King & King Law LLC
215 Pryor Street, S.W.
Atlanta, GA 30303

Naria Musgrove Hines
1727 Vauxhall Drive
Lithonia, GA 30058